AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MARYLAND

GAIL MARIE BROWN SPARROW

**SUMMONS IN A CIVIL ACTION**

V.

CITIGROUP, INC. et al.

CASE NUMBER: **RWT 08 CV 0014**

TO: (Name and address of Defendant)

CITIGROUP, INC.
399 Park Avenue
New York, New York 10022-4699

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GAIL MARIE BROWN SPARROW
328 Talbott Avenue
Laurel, Maryland 20707-4347

PLAINTIFF PRO SE

an answer to the complaint which is served on you with this summons, within   **TWENTY (20)**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

_FELICIA C. CANNON_             _02/01/08_

CLERK                                            DATE

_Edith Tate_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MARYLAND

GAIL MARIE BROWN SPARROW

**SUMMONS IN A CIVIL ACTION**

V.

CITIGROUP, INC. et al.

CASE NUMBER: *RWT-08-14*

TO: (Name and address of Defendant)

CITIBANK (SOUTH DAKOTA), N.A.
Post Office Box 6046
Sioux Falls, South Dakota 57117-6046

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GAIL MARIE BROWN SPARROW
328 Talbott Avenue
Laurel, Maryland 20707-4347

PLAINTIFF PRO SE

an answer to the complaint which is served on you with this summons, within   **TWENTY (20)**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NOTICE - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

_Felicia C. Cannon_                  _02/01/08_
CLERK                                           DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MARYLAND _____

GAIL MARIE BROWN SPARROW

V.

CITIGROUP, INC. et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **RWT 08 CV 0014**

TO: (Name and address of Defendant)

VISA INC.
Post Office Box 8999
San Francisco, California 94128 – 8999

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GAIL MARIE BROWN SPARROW
328 Talbott Avenue
Laurel, Maryland 20707-4347

PLAINTIFF PRO SE

an answer to the complaint which is served on you with this summons, within ___**TWENTY (20)**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

_____ FELICIA C. CANNON _____          _____ 02/01/08 _____
CLERK                                                                    DATE

_____ [signature] _____
(By) DEPUTY CLERK